IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE |
| ) | |
| GERALDINE LEE MORFEY, ) | NO.: 18-90732 |
| ) | |
| Debtor, ) | CHAPTER 7 |
| ) | |
| ) | JUDGE: MARY P. GORMAN |
| ) | |

## **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Nationstar Mortgage LLC D/B/A Mr Cooper as servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8 by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 3108 W Hensley Rd, Champaign, Illinois 61821 be Modified stating as follows:

1. On July 25, 2018, the above captioned Chapter 7 was filed.

2. Nationstar Mortgage LLC D/B/A Mr Cooper as servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8 services the first mortgage lien on the property located at 3108 W Hensley Rd, Champaign, Illinois 61821.

3. The debt is based on a March 18, 2002, Mortgage and Note in the original sum of $92,499.00.

4. As of September 17, 2018, the funds necessary to pay off Nationstar Mortgage LLC D/B/A Mr Cooper as servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8 on the above captioned account were approximately $80,154.66. Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. The Debtor's schedules list the fair market value of said property at $125,503.00.

5. The account is currently due and owing to Nationstar Mortgage LLC D/B/A Mr Cooper as servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8 for the April 2018 current mortgage payment and those thereafter, plus reasonable attorney fees and costs.

6. The Debtor has no equity in the property located at 3108 W Hensley Rd, Champaign, Illinois 61821 for the benefit of unsecured creditors.

7. Nationstar Mortgage LLC D/B/A Mr Cooper as servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8 continues to be injured each day it remains bound by the Automatic Stay.

8. Nationstar Mortgage LLCD/B/A Mr Cooper as servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT

SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8 is not adequately protected.

9. The property located at 3108 W Hensley Rd, Champaign, Illinois 61821 is not necessary for the Debtor's reorganization.

10. The Debtor has scheduled an intention to surrender the property.

11. Nationstar Mortgage LLC D/B/A Mr Cooper as servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8 directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay.

12. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) should be waived as not applicable, and such other relief as this Court deems just.

        Nationstar Mortgage LLC D/B/A Mr Cooper as servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8

        McCalla Raymer Leibert Pierce, LLC

By:    */s/Kinnera  Bhoopal*
        Kinnera  Bhoopal
        Illinois Bar No. 6295897
        Attorney for Creditor
        1 N. Dearborn Suite 1200
        Chicago, IL  60602
        Phone:  (312) 346-9088
        Fax:  (312) 551-4400
        Email: ILpleadings@mrpllc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| GERALDINE LEE MORFEY, | ) | NO.: 18-90732 |
| | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: MARY P. GORMAN |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned Attorney, Certify that I served a copy of this Motion to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on September 21, 2018, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/Kinnera Bhoopal*
Kinnera Bhoopal
ARDC# 6295897

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

File No. CENTX-18-06778

## SERVICE LIST

To Trustee:                                                                     *by Electronic Notice through ECF*
Roger L. Prillaman
220 West Main Street
Urbana, IL 61801

To U.S. TRUSTEE:                                         *by Electronic Notice through ECF*
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100
Peoria, Illinois 61602

To Debtor:
Geraldine Lee Morfey                                      *Served via U.S. Mail*
3108 W HENSLEY RD
Champaign, IL 61821


To Attorney:                                                        *by Electronic Notice through ECF*
Robert P Follmer
Ostling & Associates, LTD
201 W. Olive St.
Bloomington, IL 61701


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. CENTX-18-06778